**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7356

DESTINED C. GEORGE,

Plaintiff - Appellant,

v.

LT. MICHALEK; SGT. MOURING; CPT. LORD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, District Judge. (3:19-cv-00155-MHL-MRC)

Submitted: April 25, 2023                            Decided: April 28, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Destined C. M. D. George, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Destined George, a Virginia inmate, filed a 42 U.S.C. § 1983 action against four correctional officers, including Defendant John Doe. The district court dismissed John Doe pursuant to Fed. R. Civ. P. 4(m), concluding that George failed to establish good cause for failure to timely serve him. As to the remaining Defendants, the district court ultimately accepted the magistrate judge's recommendations, dismissed George's claims for failure to exhaust his administrative remedies, and denied reconsideration.

Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we have reviewed the record and find no reversible error. Accordingly, we deny George's motion for a transcript at government expense, and we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*